FILED
2026 Aug-21 PM 01:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SAMUEL ADAM BUCHANAN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 2:26-cv-01031-EGL-NAD** |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The action is before the Court upon the Report and Recommendation submitted by the United States Magistrate Judge assigned to this matter. *See* Doc. 4. After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (Doc. 4) to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED,** and the Court **TRANSFERS** this case to the United States District Court for the Eastern District of Virginia.

**DONE** and **ORDERED** this 21st day of August, 2026.

Edmund LaCour

**EDMUND G. LACOUR JR.**
UNITED STATES DISTRICT JUDGE