**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**SAMUAL ADAM BUCHANAN,**

**Petitioner,**

**v.** **Civil Action No. 3:26cv853**

**UNITED STATES,**

**Respondent.**

**MEMORANDUM OPINION**

Petitioner, a Virginia inmate proceeding *pro se*, submitted a 28 U.S.C. § 2241 petition in the United States District Court for the Northern District of Alabama (ECF Nos. 1, 2), which transferred the petition to this Court by Order entered August 21, 2026. (ECF No. 6.) In his present petition, Petitioner moves the Court to "request the [Bureau of Prisons] to apply . . . credits" under the First Step Act of 2016, Pub. L. 115-394, 132 Stat. 5193, 5194 (2018), to his sentence. (ECF No. 1, at 1.) Petitioner currently has another petition for a writ of habeas corpus pending before this Court wherein seeks the same relief. *See Buchanan v. United States of America*, No. 3:26CV786 (E.D. Va. filed Aug. 6, 2026). The pertinent statutes do not permit inmates to litigate multiple or successive 28 U.S.C. § 2241 petitions. *See Felker v. Turpin*, 518 U.S. 651, 657 (1996). Accordingly, by Memorandum Order entered on September 1, 2026, the Court directed Petitioner, within twenty (20) days of the date of entry thereof, to show good cause why the present petition should not be dismissed without prejudice to Petitioner's litigation of his claims currently pending in *Buchanan v. United States of America*, No. 3:26CV786 (E.D. Va.). (ECF No. 8.) The Court explained that the failure to comply with this directive would result in summary dismissal of the action. *See* Fed. R. Civ. P. 41(b).

More than twenty (20) have elapsed, and Petitioner has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

/s/

M. Hannah Lauck
Chief United States District Judge

Date: 10/7/26
Richmond, Virginia